UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUIS ALFONSO LEON,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SEDLACK, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-1336-JLR-GJL<br><br>ORDER TO SHOW CAUSE |

The District Court has referred this action filed pursuant to 42 U.S.C. § 1983 to United States Magistrate Judge Grady J. Leupold.

Plaintiff Luis Alfonso Leon, proceeding *pro se*, commenced this action in August 2023. Upon receipt of Plaintiff's proposed Complaint (Dkt. 1), the Clerk of Court notified Plaintiff that his pleadings were deficient because he had not paid the $402 filing fee or applied to proceed *In Forma Pauperis* ("IFP") (Dkt. 2). The Clerk of Court also informed Plaintiff that he had until September 28, 2023, to correct this deficiency. *Id.*

ORDER TO SHOW CAUSE - 1

On September 7, 2023, Plaintiff filed an incomplete IFP Application (Dkt. 4), and the Clerk of Court informed him he needed to submit a copy of his Prison Trust Account Statement on or before November 1, 2023, for his Application to be considered complete (Dkt. 6).

After sending the second Deficiency Notice, the Court was informed that Plaintiff's address had changed. Dkt. 7. To ensure Plaintiff was aware that he needed to file a copy of his Prison Trust Account Statement, the Clerk of Court sent a third Deficiency Notice to Plaintiff's new address and extended the deadline to cure until December 8, 2023. Dkt. 8. On November 21, 2023, the third Deficiency Notice was returned as "refused." Dkt. 9.

On January 2, 2024, the Court received notice that Plaintiff's address changed for a second time. Dkt. 10. Two days later, the Clerk of Court sent a fourth Deficiency Notice to Plaintiff's new address and extended the deadline to cure his IFP Application until February 5, 2024. Dkt. 11. This twice extended deadline has now elapsed once again without a response from the Plaintiff.

Accordingly, Plaintiff is now **ORDERED** to show cause why his case should not be dismissed for failure to prosecute. If Plaintiff fails to respond to the Court's Order on or before **March 5, 2024**, the Court will recommend dismissal of this action without prejudice for failure to prosecute and for failure to comply with a Court Order.

Dated this 12th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2