UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUIS ALFONSO LEON,<br><br>    Plaintiff,<br><br> v.<br><br>SEDLACK,<br><br>    Defendant. | CASE NO. C23-1336JLR-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold (Dkt. # 15), and the relevant portions of the record, and having received no objections, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. # 15).

(2) This case is DISMISSED without prejudice for failure to prosecute and for failure to comply with a court order

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 15th day of April, 2024.

_____
JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1